UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN GLORIA MACK,<br>Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| EVELYN GLORIA MACK,<br>Respondent | : | CASE NO. 5-26-bk-00586-MJC |

**MOTION TO DISMISS CASE**
**PURSUANT TO § 1307(c)(1)**

AND NOW, this 22nd day of September 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, and hereby moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with § 1307(c)(1) due to Debtor's failure to file a confirmable Plan and for unreasonable delay by the Debtor that is prejudicial to creditors. In support of this Motion, Trustee states as follows:

1. On or about March 4, 2026, Debtor filed this case in the Middle District of Pennsylvania. (ECF Doc. 1).

2. Debtor filed her Chapter 13 Plan with this Honorable Court on or about April 5, 2026. (ECF Doc. 15).

3. On or about May 4, 2026, Trustee filed his Objection to Chapter 13 Plan with this Honorable Court. (ECF Doc. 22).

4. Debtor filed her First Amended Chapter 13 Plan with this Honorable Court on or about June 9, 2026. (ECF Doc. 30).

5. On or about June 30, 2026, Trustee filed his Objection to the First Amended Chapter 13 Plan with this Honorable Court. (ECF Doc. 37).

6. Debtor filed her Second Amended Chapter 13 Plan with this Honorable Court on or about August 6, 2026. (ECF Doc. 39).

7. On or about September 9, 2026, Trustee filed his Objection to the Second Amended Chapter 13 Plan with this Honorable Court. (ECF Doc. 42).

8. Debtor filed her Third Amended Chapter 13 Plan with this Honorable Court on or about September 16, 2026. (ECF Doc. 42).

9. Pursuant to § 1307(c),

> Except as provided in subsection (f) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including –
>
> (1) Unreasonable delay by the debtor that is prejudicial to creditors…

10. Approximately six (6) months have passed since Debtor filed her initial Chapter 13 Plan.

11. Trustee believes, and therefore avers, that Debtor's failure to file a confirmable plan is prejudicial to creditors.

12. Accordingly, Trustee respectfully requests that this Honorable Court dismiss this case in accordance with § 1307(c)(1).

WHEREFORE, Trustee respectfully requests that this Honorable Court dismiss this case in accordance with § 1307(c)(1) and grant any further relief this Honorable Court deems just and proper.

Respectfully submitted:

Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R McHale, Esquire
Attorney for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN GLORIA MACK,<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | |
| EVELYN GLORIA MACK,<br>Respondent | : | CASE NO. 5-26-bk-00586-MJC |

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, filed a Motion to Dismiss on September 22, 2026.

If you object to the relief requested, you must file your objection/response on or before October 13, 2026, with the Clerk of Bankruptcy Court, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for October 29, 2026, at 10:00 a.m. at Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, and will be held regardless of any objections or responses having been filed.

Respectfully submitted,

Date: September 22, 2026

/s/ Agatha R. McHale, Esquire
Attorney ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN GLORIA MACK,<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | |
| EVELYN GLORIA MACK,<br>Respondent | : | CASE NO. 5-26-bk-00586-MJC |

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 22, 2026, I served a copy of this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown, PA, unless served electronically:

**SERVED ELECTRONICALLY**

United States Trustee
1501 North 6th Street
P.O. Box 302
Harrisburg, PA 17102

Sean P. Mays, Esquire
The Mays Law Firm PC
65 West Street Road, Suite B102
Warminster, PA 18974

**SERVED BY FIRST CLASS MAIL**

EVELYN GLORIA MACK
9086 IDLEWILD DR.
TOBYHANNA, PA 18466

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 22, 2026

/s/ Elizabeth R. Fitzgerald, Paralegal
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: lfitzgerald@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN GLORIA MACK,<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | |
| EVELYN GLORIA MACK,<br>Respondent | : | CASE NO. 5-26-bk-00586-MJC |

## ORDER DISMISSING CASE

Upon consideration of Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.