**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Evelyn Gloria Mack | : CASE NO. 26-bk-00586 |

**<u>RESPONSE IN OPPOSITION TO MOTION TO DISMISS FILED BY A POCONO COUNTRY PLACE PROPERTY OWNERS ASSOCIATION</u>**

1. Denied.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Denied as stated. Debtor asserts that the unsecured portion of the claim is barred by the applicable statute of limitations.
10. Admitted.
11. Admitted.
12. Admitted.
13. Denied as stated.
14. Admitted.
15. Denied.

16. Denied.

17. Admitted that this creditor filed an objection.

18. Admitted.

19. Debtor had to file an amended plan to deal with other claims filed after the plan.

20. Denied as stated.

21. Denied as stated.

22-27. Denied as stated. Debtor modified the plan to address claims of other creditors.

28-29. Denied. During this time, Debtor was in an automobile accident which ended up totaling her vehicle and which was the subject of a secured claim and was required to be addressed before confirmation. Counsel amended the plan to remove this and is currently working with the creditor and insurance carrier to get the claim withdrawn.

30-37. Denied as a conclusion of law. Creditor has a statutory lien regarding assessments along with interest to protect its position and is not prejudiced.

WHEREFORE, Debtor respectfully requests that this Honorable Court DENY movants motion to dismiss.

Respectfully submitted,

October 15, 2026

*/s/ Sean P. Mays*

Sean P. Mays, Esq. (I.D. No. 307518)
The Mays Law Firm, P.C.
607 Louis Drive, Suite C
Warminster, PA 18974
(215) 792-4321 telephone and fax

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served on the in the manner specified below:

Chapter 13 Trustee
VIA ECF Notification

US Trustee
VIA ECF Notification

Nicholas Haros, Esq.
VIA ECF Notification

Respectfully submitted,

October 16, 2026

*/s/ Sean P. Mays*

Sean P. Mays, Esq. (I.D. No. 307518)
The Mays Law Firm, P.C.
607 Louis Drive, Suite C
Warminster, PA 18974
(215) 792-4321 telephone and fax